UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.  4:24-cr-6-TWP-VTW |
| ) | |
| KEVONE EVANS, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On February 14, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 6, 2025 (Dkt. 4). Defendant Kevon Evans appeared in person with his appointed counsel Jennifer Culotta. The government appeared by Todd Shellenbarger, Assistant United States Attorney, via telephone. U. S. Probation appeared by Officer Shallon Watson.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Mr. Evans of his rights and provided him with a copy of the petition. Mr. Evans orally waived his right to a preliminary hearing.

2. After being placed under oath, Mr. Evans admitted Violation Number 2 (Dkt. 4).

3. The Government moved to withdraw Violation Number 1 and the same was granted.

4. The allegations to which Defendant admitted, as fully set forth in the petition, are:

1

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 2 | **"If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours."** |
| | On February 2, 2025, this officer spoke to Mr. Evans on the phone and asked Mr. Evans if he had any contact with law enforcement regarding the incident. Mr. Evans stated he had not had any contact with law enforcement. Officer Conklin with Clarksville Police Department advised he had spoke (sic) to Mr. Evans on the phone regarding the incident on February 1, 2025. |

5. The parties stipulated that:

    (a)     The highest grade of violation is a Grade C violation.

    (b)     Defendant's criminal history category is II.

    (c)     The range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months' imprisonment.

6. The parties jointly recommended Defendant's supervised released be extended by an additional six months. All previously imposed conditions of supervised release shall remain in place.

7. Defendant shall be released from the custody of the U.S. Marshal immediately.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be modified to extent the term of supervised release by an additional six months. Defendant shall be subject to the previously imposed conditions of supervised release. Defendant, on the record, waived reading of the conditions of supervised release.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Dated: 2/14/2025

>                        _____
>                        VAN WILLIS
>                        United States Magistrate Judge
>                        Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system

Electronic Notice to USPO